No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed.

------

### JACKSON v. THE STATE.
(Decided May 18, 1915.)

APPEAL from Lamar Probate Court.

Heard before Hon. R. L. BRADLEY.

WALTER NESMITH, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

PELHAM, P. J.—Reversed and remanded on authority of *Hazelton v. State, infra,* 68 South. 715.

------

### JOHNSON v. THE STATE.
(Decided May 13, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—Appeal dismissed on authority of *Ogden v. State, infra,* 68 South. 701.

------

### LAWRENCE v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed for want of prosecution.

------

### LAWRENCE v. THE STATE.
(Decided April 22, 1915.)

APPEAL from Walker Law and Equity Court.

Heard before Hon. T. L. SOWELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Appeal dismissed on authority of *Clark v. State*, 8 Ala. App. 105, 62 South. 987.

---

## LOONEY, ET AL. v. BROOKS, ET AL.
### (Decided May 11, 1915.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROW.

No counsel marked for appellant. JOHN W. ALTMAN, for appellee.

Per curiam. Affirmed for want of assignment of errors.

---

## MALAVAZOS v. THE STATE.
### (Decided April 22, 1915.)

APPEAL from Birmingham City Court.

Heard before Hon. CHARLES W. FERGUSON.

C. B. POWELL, for appellant. W. L. MARTIN, Attorney General, and M. M. ULLMAN, for State.

Per curiam. Dismissed without prejudice.

---

## MALLETT v. THE STATE.
### (Decided May 13, 1915.)

APPEAL from Tuscaloosa County Court.

Heard before Hon. H. B. FOSTER.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Affirmed on the record.

---

## MANN v. THE STATE.
### (Two Cases.)
### (Decided April 22, 1915.)

APPEAL from Marion Circuit Court.

Heard before Hon. BERNARD HARWOOD.